UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK ROCCAFORTE, et al      CIVIL ACTION

VERSUS      NO: 17-10589

NATIONAL FLOOD INSURANCE PROGRAM, et al      SECTION: "A"

## ORDER TO SHOW CAUSE

This case was filed October 12, 2017. The record does <u>not</u> reflect that service was made upon the defendants.

Federal Rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly, absent an appearance by the defendant or request for entry of default upon that defendants, the plaintiff is **ORDERED** to show cause on or before **March 15, 2018**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why certain defendants should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this 29th day of January 2018.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE