UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK ROCCAFORTE, ET AL.,<br>*Plaintiffs,* | CASE NO.: 2:17-cv-10589-JCZ-JVM |
| vs. | JUDGE JAY C. ZAINEY |
| NATIONAL FLOOD INSURANCE<br>PROGRAM, ET AL.,<br>*Defendants.* | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## WRITTEN REQUEST FOR ORAL ARGUMENT

Plaintiffs, Mark and Nadine Roccaforte, pursuant to Local Rule 78.1, submit this separate, written request for oral argument to this Court regarding their Memorandum in Opposition to Defendants' Motion to Dismiss. Because this case involves compelling public interest in insuring government accountability and in insuring that FEMA complies with its duties under a federally-backed contract, Plaintiffs respectfully request that this Court schedule this matter for oral argument.

*SIGNATURE BLOCK ON FOLLOWING PAGE*

Respectfully Submitted,

**PANDIT LAW FIRM, L.L.C.**

BY: */s/ Rajan Pandit*
**RAJAN PANDIT,** Bar No. 32215
**JASON M. BAER**, Bar No. 31609
**CASEY C. DEREUS**, Bar No. 37096
**JOHN D. CARTER**, Bar No. 24334
**HENRY J. ROTH**, Bar No. 37526
**SANDRA D. GUIDRY**, Bar No. 26349
*and*
**PHILLIP N. SANOV**, Tex. Bar. No. 17635950
 **Admitted *Pro Hac Vice***
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email: laflood@panditlaw.com
*Counsel for Plaintiffs, Mark and Nadine Roccaforte*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served upon counsel for all parties via electronic mail, on this 11th day of September, 2018.

_____*/s/Rajan Pandit*_____